UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMBISHA SHOSHONE TRIBE, a federally-recognized Indian Tribe, et al,

        Plaintiffs,

   v.

KEN SALAZAR, Secretary of the Interior, et al,

        Defendants.
_____/

NO. CIV. S-09-0246 LKK/EFB

O R D E R

    Pending before the court are plaintiffs' application for a preliminary injunction and motion to shorten time. Good cause appearing, the motion to shorten time is GRANTED. The application for preliminary injunction shall be heard on February 19, 2009 at 10:00 AM in Courtroom 4. Defendants' opposition or statement of non-opposition SHALL be filed and served not later than February 6, 2009 at 5:00 PM. Plaintiffs' reply, if any, SHALL be filed and

//

//

1

1 served not later than February 11, 2009 at 5:00 PM. Plaintiffs'
2 counsel shall immediately SERVE a copy of this order and all
3 documents in this case upon defendants.
4    IT IS SO ORDERED.
5    DATED: January 28, 2009.

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

2