UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMBISHA SHOSHONE TRIBE, et al.,    No. 2:09-cv-00246-MCE-DAD

        Plaintiffs,

   v.                      <u>MEMORANDUM AND ORDER</u>

KEN SALAZAR, et al.,

        Defendants.

----oo0oo----

On April 29, 2009, this Court entered a Memorandum and Order in the above-entitled action. The Court now orders, *nunc pro tunc,* that the Order (Docket #52) is amended at Page four, lines 12-14 to read: "Thus, both Motions to Dismiss (filed as Docket Nos. 45, 48 and 50) are GRANTED and the case is dismissed for lack of jurisdiction."

IT IS SO ORDERED.

Dated: April 29, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1

PDF created with pdfFactory trial version www.pdffactory.com